# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANIEL W. HILL,

        Plaintiff,

v.

        Case No. 11-CV-13456
        Honorable Denise Page Hood

GENERAL MOTORS LLC, ERICA WEBB,
GARY DUFF, and VINITA EVANS,

        Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on July 31, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 31st day of July, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE